# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
American Society of Law Enforcement Trainers  
7611–B Willow Rd.  
Frederick, MD 21702  
**SSN:** xxx–xx–0000 **EIN:** 39–1579510  
American Society for Law Enforcement Training

**Chapter:** 7

**Case No.:** 06–10758–CSS

### NOTICE OF HEARING

Audio Visual Services Corporation has filed a Motion for Release of Unclaimed Funds.

A hearing regarding this motion is scheduled for 10/5/11 at 02:00 PM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, DE 19801 . Objections are due on or before 9/28/11 .

*David D. Bird*  
Clerk of Court

Date: 9/8/11

(VAN–455)

```
United States Bankruptcy Court
                                  District of Delaware
In re:                                                                Case No. 06-10758-CSS
American Society of Law Enforcement Trai                              Chapter 7
             Debtor
                              CERTIFICATE OF NOTICE
District/off: 0311-1          User: LisaC                Page 1 of 1          Date Rcvd: Sep 08, 2011
                              Form ID: van455            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2011.
tr            +Jeoffrey L. Burtch,   P.O. Box 549,   Wilmington, DE 19899-0549
5748291       +Audio Visual Services Corporation,   c/o Brian J. Dilks,   P.O. Box 2728,
                Issaquah, WA 98027-0125
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Jeoffrey L. Burtch,   P.O. Box 549,   Wilmington, DE 19899-0549
                                                                                           TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 10, 2011**                    **Signature:** *Joseph Speetjens*